UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JASON ALLEN MCGOLDRICK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 06-54-B-W |
| THOMAS FARRINGTON, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 27, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendants' Motion to Dismiss (Docket # 21) be and hereby is GRANTED and the Motion for Summary Judgment (Docket # 19) be and hereby is DISMISSED as moot.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of November, 2006